General Complaint



**FILED**

JUN 2 3 2022

Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Jerri Dawn Bradford

Case Number: 4:22cv522 SDJ/CAN

List the full name of each plaintiff in this action.

VS.

Brown Fox PLLC

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1. Employ Counsel
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

Don Atkerson, Paul Love

C. Results of the conference with counsel:

*Not able to take my case*

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?  _____Yes   ✓ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

   1. Approximate file date of lawsuit: _____

   2. Parties to previous lawsuit(s):

      Plaintiff _____

      Defendant _____

   Attach a separate piece of paper for additional plaintiffs or defendants.

   3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

      _____

   4. Docket number in other court. _____

   5. Name of judge to whom the case was assigned.

      _____

   6. Disposition: Was the case dismissed, appealed or still pending?

      _____

   7. Approximate date of disposition. _____

III. Parties to this suit:

A. List the full name and address of each plaintiff:

Pla #1 Jerri Dawn Bradford
PO Box 1223 Little Elm, TX 75068

Pla #2 _____

B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: Brown Fox PLLC Margaret R Mead
8111 Preston Road Ste 300 Dallas, TX 75225

Dft #2: _____

Dft #3 _____

Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

Brown Fox PLLC issued me via email false and fraudlent employment records 01/2022. I advised the attorney that the information listed in the audit I was provided was fraudlent and my employment agreement has never included a salary. I was then threatened by the attorney to have criminal charges filed against me and was terminated as retaliation for filing unemployment and a complaint with workers comp and the department of labor wage and hour division. Based on douuments I have I was wrongfully terminated multiple different dates that are not consistant with company records.

V.  Relief: State Briefly exactly what you want the court to do for you.  Make no legal arguments and do not cite cases or statutes.  Attach additional pages if necessary.

I would like the court to award me the full judgements of $100,000,000 based on facts I want to present to the court.

Signed this __22nd__ day of __June__ (Month), 20 __22__ (Year).

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __6-22-22__
                   Date

_JB_____
Signature of each plaintiff